# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: LARSON, CYNTHIA L. | § | Case No. 07-71600 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 05, 2007. The undersigned trustee was appointed on July 05, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          21,622.84

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 23.01 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 21,599.83 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 12/13/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,912.28. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,912.28, for a total compensation of $2,912.28. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $39.66, for total expenses of $39.66.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/18/2009          By:/s/JOSEPH D. OLSEN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-71600

Case Name: LARSON, CYNTHIA L.

Period Ending: 11/18/09

Trustee:      (330400)    JOSEPH D. OLSEN

Filed (f) or Converted (c): 07/05/07 (f)

§341(a) Meeting Date: 09/11/07

Claims Bar Date: 12/13/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account with First Northern Credit Unio | 858.21 | 858.21 | DA | 0.00 | FA |
| 2 | Savings Account with First Northern Credit Union | 862.39 | 862.39 | DA | 0.00 | FA |
| 3 | Security Deposit with landlord | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 4 | Furniture and Furnishings | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | Clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| 6 | Digital camera | 50.00 | 50.00 | DA | 0.00 | FA |
| 7 | 98' Van Ford | 3,019.00 | 3,019.00 | DA | 0.00 | FA |
| 8 | 92' Eagle | 62.00 | 62.00 | DA | 0.00 | FA |
| 9 | Property Settlement Division (u) | 0.00 | 72,900.00 | | 21,600.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.84 | Unknown |
| 10 | Assets      Totals (Excluding unknown values) | $7,151.60 | $80,051.60 | | $21,622.84 | $0.00 |

**Major Activities Affecting Case Closing:**

Case involves a property settlement division between Debtor and ex-spouse, where ex-spouse paying $900/mo. to Trustee until claims paid in full. Will send out surplus estate notice. Otherwise, proof of claims at about $15,000.00 so Final report should be filed 9/30/09, unless additional claims filed.

Initial Projected Date Of Final Report (TFR):      September 30, 2009        Current Projected Date Of Final Report (TFR):      December 31, 2009

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-71600 |
| **Case Name:** | LARSON, CYNTHIA L. |
| | |
| **Taxpayer ID #:** | 13-7578706 |
| **Period Ending:** | 11/18/09 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****04-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/07 | {9} | James P. Larson | monthly pymt re: property settlement | 1249-000 | 900.00 | | 900.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.35 | | 900.35 |
| 11/02/07 | {9} | James P. Larson | Mo. pymt re: property settlement division | 1249-000 | 900.00 | | 1,800.35 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.85 | | 1,801.20 |
| 12/04/07 | {9} | James P. Larson | monthly pymt. | 1249-000 | 900.00 | | 2,701.20 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.30 | | 2,702.50 |
| 01/02/08 | {9} | James P. Larson | mo. pymt | 1249-000 | 900.00 | | 3,602.50 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.60 | | 3,604.10 |
| 02/01/08 | {9} | James P. Larson | mo. pymt. re: property settlement agreement | 1249-000 | 900.00 | | 4,504.10 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.88 | | 4,504.98 |
| 03/04/08 | {9} | James P. Larson | monthly pymt  re: property settlement division | 1249-000 | 900.00 | | 5,404.98 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.94 | | 5,405.92 |
| 04/03/08 | {9} | James P. Larson | monthly pymt | 1249-000 | 900.00 | | 6,305.92 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.85 | | 6,306.77 |
| 05/05/08 | {9} | James P. Larson | Monthly pymt. re: settlement agr. | 1249-000 | 900.00 | | 7,206.77 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.87 | | 7,207.64 |
| 06/02/08 | {9} | James P. Larson | Monthly pymt on settlement agreement | 1249-000 | 900.00 | | 8,107.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.01 | | 8,108.65 |
| 07/02/08 | {9} | James P. Larson | mo. pymt re: property settlement | 1249-000 | 900.00 | | 9,008.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 9,009.76 |
| 07/31/08 | | To Account #********0466 | Pay bond premium | 9999-000 | | 7.97 | 9,001.79 |
| 08/05/08 | {9} | James P. Larson | monthly pymt re: property settlement | 1249-000 | 900.00 | | 9,901.79 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.14 | | 9,902.93 |
| 09/03/08 | {9} | James P. Larson | monthly pymt on martial settlement agreement | 1249-000 | 900.00 | | 10,802.93 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.38 | | 10,804.31 |
| 10/02/08 | {9} | James P. Larson | pymts on property settlement agreement | 1249-000 | 900.00 | | 11,704.31 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.23 | | 11,705.54 |
| 11/03/08 | {9} | James P. Larson | Property Settlement Division | 1249-000 | 900.00 | | 12,605.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.97 | | 12,606.51 |
| 12/03/08 | {9} | James P. Larson | mo. pymt re: settlement agreement | 1249-000 | 900.00 | | 13,506.51 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 13,507.42 |
| 01/07/09 | {9} | james larson | ACCOUNTS RECEIVABLE | 1249-000 | 900.00 | | 14,407.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,407.98 |
| 02/02/09 | {9} | James P. Larson | mo. pymt re: property settlement agreement | 1249-000 | 900.00 | | 15,307.98 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,308.55 |
| 03/03/09 | {9} | James P. Larson | monthly pymt re: settlement agreement | 1249-000 | 900.00 | | 16,208.55 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,209.24 |

| | | Subtotals : | $16,217.21 | $7.97 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 11/18/2009 03:42 PM    V.11.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-71600 |
| Case Name: | LARSON, CYNTHIA L. |
| Taxpayer ID #: | 13-7578706 |
| Period Ending: | 11/18/09 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****04-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/09 | {9} | James P. Larson | mo. pymt. re: settlement agreement | 1249-000 | 900.00 | | 17,109.24 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,109.93 |
| 05/01/09 | {9} | James P. Larson | mo. pymt | 1249-000 | 900.00 | | 18,009.93 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,010.63 |
| 06/02/09 | {9} | James P. Larson | mo. pymt on martial agreement | 1249-000 | 900.00 | | 18,910.63 |
| 06/05/09 | | To Account #*********0466 | Bond premium pymt | 9999-000 | | 15.04 | 18,895.59 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 18,896.40 |
| 07/06/09 | {9} | James P. Larson | mo. pymt - property settlement agreement | 1249-000 | 900.00 | | 19,796.40 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 19,797.22 |
| 08/04/09 | {9} | James P. Larson | mo. pymt of settlement agreement | 1249-000 | 900.00 | | 20,697.22 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 20,698.08 |
| 09/04/09 | {9} | James P. Larson | Property Settlement Agreement | 1249-000 | 900.00 | | 21,598.08 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 21,598.95 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,599.83 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 21,622.84 | 23.01 | $21,599.83 |
| Less: Bank Transfers | | 0.00 | 23.01 | |
| Subtotal | | 21,622.84 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $21,622.84 | $0.00 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-71600 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** LARSON, CYNTHIA L. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****04-66 - Checking Account |
| **Taxpayer ID #:** 13-7576706 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 11/18/09 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #*********0465 | Pay bond premium | 9999-000 | 7.97 | | 7.97 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #07-71600, Bond Number 016018067 | 2300-000 | | 7.97 | 0.00 |
| 06/05/09 | | From Account #*********0465 | Bond premium pymt | 9999-000 | 15.04 | | 15.04 |
| 06/05/09 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #07-71600, Bond #016018067 | 2300-000 | | 15.04 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 23.01 | 23.01 | $0.00 |
| Less: Bank Transfers | 23.01 | 0.00 | |
| **Subtotal** | 0.00 | 23.01 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $23.01 | |

| | |
|---|---|
| Net Receipts : | 21,622.84 |
| Net Estate : | $21,622.84 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****04-65** | 21,622.84 | 0.00 | 21,599.83 |
| **Checking # ***-*****04-66** | 0.00 | 23.01 | 0.00 |
| | $21,622.84 | $23.01 | $21,599.83 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER          Claims Bar Date: December 13, 2007

**Case Number:** 07-71600                          Page: 1                          **Date:** November 18, 2009
**Debtor Name:** LARSON, CYNTHIA L.                                                **Time:** 03:42:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $2,912.28 | $0.00 | 2,912.28 |
| | | | [Updated by Surplus to Debtor Report based on Net Estate Value: 21622.84] | | | |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $39.66 | $0.00 | 39.66 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $780.00 | $0.00 | 780.00 |
| 1<br>610 | VATIV As Agent For Great<br>Seneca/Palisades<br>PO Box 19249<br>Sugar Land, TX 77496 | Unsecured | | $6,558.30 | $0.00 | 6,558.30 |
| 2<br>610 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | 9535472163 | $5,570.12 | $0.00 | 5,570.12 |
| 3<br>610 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,004.56 | $0.00 | 2,004.56 |
| 4<br>610 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>Services III,POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $228.73 | $0.00 | 228.73 |
| 5<br>620 | American InfoSource, LP<br>FIA card Services<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118 | Unsecured | 1849 | $2,231.40 | $0.00 | 2,231.40 |
| 1I<br>640 | VATIV As Agent For Great<br>Seneca/Palisades<br>PO Box 19249<br>Sugar Land, TX 77496 | Unsecured | | $763.35 | $0.00 | 763.35 |
| 2I<br>640 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | 9535472163 | $648.33 | $0.00 | 648.33 |
| 3I<br>640 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $233.32 | $0.00 | 233.32 |
| 4I<br>640 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>Services III,POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $26.62 | $0.00 | 26.62 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2007

**Case Number:** 07-71600

**Debtor Name:** LARSON, CYNTHIA L.

Page: 2

**Date:** November 18, 2009
**Time:** 03:42:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 51 640 | American InfoSource, LP FIA card Services 4515 N. Santa Fe Avenue Oklahoma City, OK 73118 | Unsecured | 1849 | $259.72 | $0.00 | 259.72 |
| << Totals >> | | | | 22,256.39 | 0.00 | 22,256.39 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-71600
Case Name: LARSON, CYNTHIA L.
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 2,912.28 | $ 39.66 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 780.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,361.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 107.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | VATIV As Agent For Great Seneca/Palisades | $ 6,558.30 | $ 6,558.30 |
| 1I | VATIV As Agent For Great Seneca/Palisades | $ 763.35 | $ 503.85 |
| 2 | Sallie Mae | $ 5,570.12 | $ 5,570.12 |
| 2I | Sallie Mae | $ 648.33 | $ 427.93 |
| 3 | LVNV Funding LLC | $ 2,004.56 | $ 2,004.56 |
| 3I | LVNV Funding LLC | $ 233.32 | $ 154.00 |
| 4 | eCAST Settlement Corporation assignee of | $ 228.73 | $ 228.73 |
| 4I | eCAST Settlement Corporation assignee of | $ 26.62 | $ 17.57 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,231.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 107.7 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | American InfoSource, LP | $ 2,231.40 | $ 2,231.40 |
| 51 | American InfoSource, LP | $ 259.72 | $ 171.43 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-TFR (9/1/2009)