# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LARSON, CYNTHIA L. § Case No. 07-71600
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $7,151.60 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $17,869.21 | Claims Discharged Without Payment: $655.24 |
| Total Expenses of Administration: $3,754.95 | |

3) Total gross receipts of $ 21,624.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,624.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,754.95 | 3,754.95 | 3,754.95 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 5,537.84 | 18,524.45 | 18,524.45 | 17,869.21 |
| **TOTAL DISBURSEMENTS** | $5,537.84 | $22,279.40 | $22,279.40 | $21,624.16 |

4) This case was originally filed under Chapter 7 on July 05, 2007.
. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2010        By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Property Settlement Division | 1249-000 | 21,600.00 |
| Interest Income | 1270-000 | 24.16 |
| **TOTAL GROSS RECEIPTS** | | **$21,624.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,912.28 | 2,912.28 | 2,912.28 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 39.66 | 39.66 | 39.66 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 780.00 | 780.00 | 780.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.97 | 7.97 | 7.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.04 | 15.04 | 15.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,754.95 | 3,754.95 | 3,754.95 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VATIV As Agent For Great Seneca/Palisades | 7100-000 | N/A | 6,558.30 | 6,558.30 | 6,558.30 |
| VATIV As Agent For Great Seneca/Palisades | 7990-000 | N/A | 763.35 | 763.35 | 504.37 |
| Sallie Mae | 7100-000 | 5,537.84 | 5,570.12 | 5,570.12 | 5,570.12 |
| Sallie Mae | 7990-000 | 0.00 | 648.33 | 648.33 | 428.37 |
| LVNV Funding LLC | 7100-000 | N/A | 2,004.56 | 2,004.56 | 2,004.56 |
| LVNV Funding LLC | 7990-000 | N/A | 233.32 | 233.32 | 154.16 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 228.73 | 228.73 | 228.73 |
| eCAST Settlement Corporation assignee of | 7990-000 | N/A | 26.62 | 26.62 | 17.59 |
| American InfoSource, LP | 7200-000 | N/A | 2,231.40 | 2,231.40 | 2,231.40 |
| American InfoSource, LP | 7990-000 | N/A | 259.72 | 259.72 | 171.61 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 5,537.84 | 18,524.45 | 18,524.45 | 17,869.21 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-71600  
Case Name: LARSON, CYNTHIA L.  
Period Ending: 02/10/10

Trustee: (330400) JOSEPH D. OLSEN  
Filed (f) or Converted (c): 07/05/07 (f)  
§341(a) Meeting Date: 09/11/07  
Claims Bar Date: 12/13/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account with First Northern Credit Unio | 858.21 | 858.21 | DA | 0.00 | FA |
| 2 | Savings Account with First Northern Credit Union | 862.39 | 862.39 | DA | 0.00 | FA |
| 3 | Security Deposit with landlord | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 4 | Furniture and Furnishings | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | Clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| 6 | Digital camera | 50.00 | 50.00 | DA | 0.00 | FA |
| 7 | 98' Van Ford | 3,019.00 | 3,019.00 | DA | 0.00 | FA |
| 8 | 92' Eagle | 62.00 | 62.00 | DA | 0.00 | FA |
| 9 | Property Settlement Division (u) | 0.00 | 72,900.00 | | 21,600.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 24.16 | FA |
| 10 | Assets Totals (Excluding unknown values) | $7,151.60 | $80,051.60 | | $21,624.16 | $0.00 |

**Major Activities Affecting Case Closing:**

Case involves a property settlement division between Debtor and ex-spouse, where ex-spouse paying $900/mo. to Trustee until claims paid in full. Will send out surplus estate notice. Otherwise, proof of claims at about $15,000.00 so Final report should be filed 9/30/09, unless additional claims filed.

Initial Projected Date Of Final Report (TFR): September 30, 2009  Current Projected Date Of Final Report (TFR): November 24, 2009 (Actual)

Printed: 02/10/2010 12:48 PM  V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-71600 | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | LARSON, CYNTHIA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | 13-7578706 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/05/07 | {9} | James P. Larson | monthly pymt re: property settlement | 1249-000 | 900.00 | | 900.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.35 | | 900.35 |
| 11/02/07 | {9} | James P. Larson | Mo. pymt re: property settlement division | 1249-000 | 900.00 | | 1,800.35 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.85 | | 1,801.20 |
| 12/04/07 | {9} | James P. Larson | monthly pymt. | 1249-000 | 900.00 | | 2,701.20 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.30 | | 2,702.50 |
| 01/02/08 | {9} | James P. Larson | mo. pymt | 1249-000 | 900.00 | | 3,602.50 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.60 | | 3,604.10 |
| 02/01/08 | {9} | James P. Larson | mo. pymt. re: property settlement agreement | 1249-000 | 900.00 | | 4,504.10 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.88 | | 4,504.98 |
| 03/04/08 | {9} | James P. Larson | monthly pymt re: property settlement division | 1249-000 | 900.00 | | 5,404.98 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.94 | | 5,405.92 |
| 04/03/08 | {9} | James P. Larson | monthly pymt | 1249-000 | 900.00 | | 6,305.92 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.85 | | 6,306.77 |
| 05/05/08 | {9} | James P. Larson | Monthly pymt. re: settlement agr. | 1249-000 | 900.00 | | 7,206.77 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.87 | | 7,207.64 |
| 06/02/08 | {9} | James P. Larson | Monthly pymt on settlement agreement | 1249-000 | 900.00 | | 8,107.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.01 | | 8,108.65 |
| 07/02/08 | {9} | James P. Larson | mo. pymt re: property settlement | 1249-000 | 900.00 | | 9,008.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 9,009.76 |
| 07/31/08 | | To Account #*********0466 | Pay bond premium | 9999-000 | | 7.97 | 9,001.79 |
| 08/05/08 | {9} | James P. Larson | monthly pymt re: property settlement | 1249-000 | 900.00 | | 9,901.79 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.14 | | 9,902.93 |
| 09/03/08 | {9} | James P. Larson | monthly pymt on martial settlement agreement | 1249-000 | 900.00 | | 10,802.93 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.38 | | 10,804.31 |
| 10/02/08 | {9} | James P. Larson | pymts on property settlement agreement | 1249-000 | 900.00 | | 11,704.31 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.23 | | 11,705.54 |
| 11/03/08 | {9} | James P. Larson | Property Settlement Division | 1249-000 | 900.00 | | 12,605.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.97 | | 12,606.51 |
| 12/03/08 | {9} | James P. Larson | mo. pymt re: settlement agreement | 1249-000 | 900.00 | | 13,506.51 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 13,507.42 |
| 01/07/09 | {9} | james larson | ACCOUNTS RECEIVABLE | 1249-000 | 900.00 | | 14,407.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,407.98 |
| 02/02/09 | {9} | James P. Larson | mo. pymt re: property settlement agreement | 1249-000 | 900.00 | | 15,307.98 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,308.55 |
| 03/03/09 | {9} | James P. Larson | monthly pymt re: settlement agreement | 1249-000 | 900.00 | | 16,208.55 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,209.24 |

Subtotals: $16,217.21  $7.97

{} Asset reference(s)

Printed: 02/10/2010 12:48 PM  V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-71600 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LARSON, CYNTHIA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****04-65 - Money Market Account |
| Taxpayer ID #: | 13-7578706 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/09 | {9} | James P. Larson | mo. pymt. re: settlement agreement | 1249-000 | 900.00 | | 17,109.24 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,109.93 |
| 05/01/09 | {9} | James P. Larson | mo. pymt | 1249-000 | 900.00 | | 18,009.93 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,010.63 |
| 06/02/09 | {9} | James P. Larson | mo. pymt on martial agreement | 1249-000 | 900.00 | | 18,910.63 |
| 06/05/09 | | To Account #*********0466 | Bond premium pymt | 9999-000 | | 15.04 | 18,895.59 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 18,896.40 |
| 07/06/09 | {9} | James P. Larson | mo. pymt - property settlement agreement | 1249-000 | 900.00 | | 19,796.40 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 19,797.22 |
| 08/04/09 | {9} | James P. Larson | mo. pymt of settlement agreement | 1249-000 | 900.00 | | 20,697.22 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 20,698.08 |
| 09/04/09 | {9} | James P. Larson | Property Settlement Agreement | 1249-000 | 900.00 | | 21,598.08 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 21,598.95 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,599.83 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 21,600.74 |
| 12/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.41 | | 21,601.15 |
| 12/15/09 | | To Account #*********0466 | Prep. of Amd Dist. Rpt | 9999-000 | | 21,601.15 | 0.00 |
| | | | ACCOUNT TOTALS | | 21,624.16 | 21,624.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,624.16 | |
| | | | Subtotal | | 21,624.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,624.16 | $0.00 | |

{} Asset reference(s)

Printed: 02/10/2010 12:48 PM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-71600  
**Case Name:** LARSON, CYNTHIA L.  
**Taxpayer ID #:** 13-7578706  
**Period Ending:** 02/10/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #********0465 | Pay bond premium | 9999-000 | 7.97 | | 7.97 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #07-71600, Bond Number 016018067 | 2300-000 | | 7.97 | 0.00 |
| 06/05/09 | | From Account #********0465 | Bond premium pymt | 9999-000 | 15.04 | | 15.04 |
| 06/05/09 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #07-71600, Bond #016018067 | 2300-000 | | 15.04 | 0.00 |
| 12/15/09 | | From Account #********0465 | Prep. of Amd Dist. Rpt | 9999-000 | 21,601.15 | | 21,601.15 |
| 12/22/09 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $780.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 780.00 | 20,821.15 |
| 12/22/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,912.28, Trustee Compensation; Reference: | 2100-000 | | 2,912.28 | 17,908.87 |
| 12/22/09 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $39.66, Trustee Expenses; Reference: | 2200-000 | | 39.66 | 17,869.21 |
| 12/22/09 | 106 | VATIV As Agent For Great Seneca/Palisades | Dividend paid 100.00% on $6,558.30; Claim# 1; Filed: $6,558.30; Reference: | 7100-000 | | 6,558.30 | 11,310.91 |
| 12/22/09 | 107 | Sallie Mae | Dividend paid 100.00% on $5,570.12; Claim# 2; Filed: $5,570.12; Reference: 9535472163 | 7100-000 | | 5,570.12 | 5,740.79 |
| 12/22/09 | 108 | LVNV Funding LLC | Dividend paid 100.00% on $2,004.56; Claim# 3; Filed: $2,004.56; Reference: | 7100-000 | | 2,004.56 | 3,736.23 |
| 12/22/09 | 109 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $228.73; Claim# 4; Filed: $228.73; Reference: | 7100-000 | | 228.73 | 3,507.50 |
| 12/22/09 | 110 | American InfoSource, LP | Dividend paid 100.00% on $2,231.40; Claim# 5; Filed: $2,231.40; Reference: 1849 | 7200-000 | | 2,231.40 | 1,276.10 |
| 12/22/09 | 111 | VATIV As Agent For Great Seneca/Palisades | Dividend paid 66.07% on $763.35; Claim# 1I; Filed: $763.35; Reference: | 7990-000 | | 504.37 | 771.73 |
| 12/22/09 | 112 | Sallie Mae | Dividend paid 66.07% on $648.33; Claim# 2I; Filed: $648.33; Reference: 9535472163 | 7990-000 | | 428.37 | 343.36 |
| 12/22/09 | 113 | LVNV Funding LLC | Dividend paid 66.07% on $233.32; Claim# 3I; Filed: $233.32; Reference: | 7990-000 | | 154.16 | 189.20 |
| 12/22/09 | 114 | eCAST Settlement Corporation assignee of | Dividend paid 66.07% on $26.62; Claim# 4I; Filed: $26.62; Reference: | 7990-000 | | 17.59 | 171.61 |
| 12/22/09 | 115 | American InfoSource, LP | Dividend paid 66.07% on $259.72; Claim# 5I; Filed: $259.72; Reference: 1849 | 7990-000 | | 171.61 | 0.00 |

Subtotals: $21,624.16    $21,624.16

{} Asset reference(s)    Printed: 02/10/2010 12:48 PM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-71600 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | LARSON, CYNTHIA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*04-66 - Checking Account |
| Taxpayer ID #: | 13-7578706 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 21,624.16 | 21,624.16 | $0.00 |
| | | | Less: Bank Transfers | | 21,624.16 | 0.00 | |
| | | | Subtotal | | 0.00 | 21,624.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $21,624.16 | |

Net Receipts :   21,624.16
Net Estate :   $21,624.16

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*04-65 | 21,624.16 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*04-66 | 0.00 | 21,624.16 | 0.00 |
| | $21,624.16 | $21,624.16 | $0.00 |

{} Asset reference(s)    Printed: 02/10/2010 12:48 PM   V.11.54

**JPMorganChase**

August 01, 2008 through August 29, 2008

Primary Account: **000312177550465**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600

**IMAGES**



006980570344 AUG 05 #0000000101 $7.97



006980570344 AUG 05 #0000000101 $7.97



**JPMorganChase**

May 30, 2009 through June 30, 2009

Primary Account: **000312177550465**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600

**IMAGES**



005980726049 JUN 12 #0000000102 $15.04



005980726049 JUN 12 #0000000102 $15.04



Page 4 of 4

**JPMorganChase**

January 01, 2010 through January 29, 2010

Primary Account: **000312177550465**

**IMAGES**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600



009490227107 JAN 07 #0000000103 $780.00



009490227107 JAN 07 #0000000103 $780.00



009490227105 JAN 07 #0000000104 $2,912.28



009490227105 JAN 07 #0000000104 $2,912.28



JPMorganChase

January 01, 2010 through January 29, 2010

Primary Account: **000312177550465**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600





009490227106 JAN 07 #0000000105 $39.66



009490227106 JAN 07 #0000000105 $39.66



006780815735 JAN 12 #0000000110 $2,231.40



006780815735 JAN 12 #0000000110 $2,231.40

Page 5 of 6

**JPMorganChase**

December 01, 2009 through December 31, 2009
Primary Account: **000312177550465**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600

**IMAGES**





008090040075 DEC 31 #0000000106 $6,558.30



008090040075 DEC 31 #0000000106 $6,558.30



006080788736 DEC 30 #0000000107 $5,570.12

006080788736 DEC 30 #0000000107 $5,570.12

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600



007990928048 DEC 31 #0000000108 $2,004.56



007990928048 DEC 31 #0000000108 $2,004.56



004390750250 DEC 28 #0000000109 $228.73



004390750250 DEC 28 #0000000109 $228.73



JPMorganChase

December 01, 2009 through December 31, 2009

Primary Account: **000312177550465**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600

---



**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 15th Floor, New York, NY 10004

VOID AFTER 90 DAYS    111
TIN #330400    1-2/210

| Case | Debtor |
|---|---|
| 07-71600 MB | LARSON, CYNTHIA L |
| 312177550466 | |
| Dividend paid 66.07% on $763.35; Claim# 11; Filed $763.35; Reference: | |

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Date 12/22/2009    $ *********504.37

---Five Hundred Four Dollars and 37/100

Pay to the Order of:
VATIV As Agent For Great Seneca/Palisades
PO Box 19249
Sugar Land TX 77496

JOSEPH D. OLSEN

⑃000000111⑃ ⑆021000021⑆ 312177550466⑃

006380743073 DEC 30 #0000000111 $504.37

006380743073 DEC 30 #0000000111 $504.37

---

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 15th Floor, New York, NY 10004

VOID AFTER 90 DAYS    112
TIN #330400    1-2/210

| Case | Debtor |
|---|---|
| 07-71600 MB | LARSON, CYNTHIA L |
| 312177550466 | |
| Dividend paid 66.07% on $648.33; Claim# 21; Filed $648.33; Reference: | |
| 9535472163 | |

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Date 12/22/2009    $ *********428.37

---Four Hundred Twenty-Eight Dollars and 37/100

Pay to the Order of:
Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre PA 18706

JOSEPH D. OLSEN

⑃000000112⑃ ⑆021000021⑆ 312177550466⑃

006080788735 DEC 30 #0000000112 $428.37

006080788735 DEC 30 #0000000112 $428.37

Page 6 of 7

JPMorganChase

December 01, 2009 through December 31, 2009
Primary Account: **000312177550465**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600

JPMORGAN CHASE BANK, N.A.
VOID AFTER 90 DAYS
113
TID #330400
Case 07-71600 MB
Debtor LARSON, CYNTHIA L.
312177550466
Dividend paid 66.07% on $233.32; Claim# 31; Filed: $233.32; Reference:
IDHT 203 421 639
JOSEPH D. OLSEN
1111 EAST STATE STREET
ROCKFORD IL 61104-2228
Date 12/22/2009
$ **********154.16
---One Hundred Fifty-Four Dollars and 16/100
Pay to the Order of LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587
JOSEPH D. OLSEN
⑈0000113⑈ ⑆021000021⑆312177550466⑈

007990928211 DEC 31 #0000000113 $154.16

007990928211 DEC 31 #0000000113 $154.16

JPMORGAN CHASE BANK, N.A.
VOID AFTER 90 DAYS
114
TID #330400
Case 07-71600 MB
Debtor LARSON, CYNTHIA L.
312177550466
Dividend paid 66.07% on $26.62; Claim# 41; Filed: $26.62; Reference:
JOSEPH D. OLSEN
1111 EAST STATE STREET
ROCKFORD IL 61104-2228
Date 12/22/2009
$ ***********17.59
---Seventeen Dollars and 59/100
Pay to the Order of eCAST Settlement Corporation assignee of
HSBC Bank Nevada NA / HSBC Card
Services III,POB 35480
Newark NJ 07193-5480
JOSEPH D. OLSEN
⑈0000114⑈ ⑆021000021⑆312177550466⑈ /0000001759/

004390750251 DEC 28 #0000000114 $17.59

JPMORGANCHASE BK CR TO NND
PAYEE ALL
RTE RCVD

004390750251 DEC 28 #0000000114 $17.59

January 01, 2010 through January 29, 2010

Primary Account: **000312177550465**

ACCOUNT # 000312177550466
LARSON CYNTHIA L
07-71600



---

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 15th Floor, New York, NY 10004

VOID AFTER 90 DAYS    116

TIN 8330400

| Case | Debtor |
|---|---|
| 07-71600 MD | LARSON CYNTHIA L |
| 312177550466 | |

Dividend paid 66.07% on $259.72; Claim# 5L; Filed: $259.72; Reference 1649

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Date  12/22/2009    $ ********171.61

---One Hundred Seventy-One Dollars and 61/100

Pay to the Order of:
American InfoSource, LP
FIA card Services
4515 N. Santa Fe Avenue
Oklahoma City OK 73118

JOSEPH D. OLSEN

⑈000000115⑈ ⑆021000021⑆ 312177550466⑈

006780815736 JAN 12 #0000000115 $171.61

Credit Within Named Payee

006780815736 JAN 12 #0000000115 $171.61

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 01, 2010 through January 29, 2010
Primary Account: **000312177550465**

**CUSTOMER SERVICE INFORMATION**

Service Center: **1-800-634-5273**

00017282  802 24 03210 - NNNNN  1 000000000 60 0000
07-71600 LARSON CYNTHIA L
DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| Bankruptcy Business Checking 000312177550466 | 6,134.95 | 0.00 |
| **Total** | **$6,134.95** | **$0.00** |
| Savings | | |
| Bankruptcy Business Money Market 000312177550465 | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$6,134.95** | **$0.00** |

All **Summary Balances** shown are as of January 29, 2010 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.